UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:13-482 |
| | ) | |
| v. | ) | |
| | ) | |
| PAT JOSEPH CARROLL | ) | <u>ORDER</u> |

    And now, this <u>  28th  </u> day of February, 2014, the within Motion is granted, and it is hereby ordered and decreed that Indictment Number 1:13-482 against the defendant, **PAT JOSEPH CARROLL**, be and the same is hereby dismissed without prejudice.

                                          <u>s/J. Michelle Childs</u>
                                          J. MICHELLE CHILDS
                                          UNITED STATES DISTRICT JUDGE

Columbia, South Carolina